123 A.3d 325

Thomas D. GOODENOW, Appellant

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of September, 2015, the order of the Commonwealth Court is hereby AFFIRMED.